IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| CARLYLE MARK AZURE, JR. | Violation: 18 U.S.C. §§ 113(a)(6), 1153, and 2 |

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Charges:

On or about June 29, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CARLYLE MARK AZURE, JR.,

an Indian, individually are by aiding and abetting, assaulted A.S., a/k/a A.A., which assault resulted in serious bodily injury to A.S., a/k/a A.A.;

In violation of Title 18, United States Code, Sections 113(a)(6), 1153, and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

DMD/vlt